IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRYAN LEE POFF,<br>    Plaintiff, | Civil Action No. 7:18-cv-00089 |
| v. | **MEMORANDUM OPINION** |
| GERGORY P. WINSTON, et al,<br>    Defendant(s). | By:    Norman K. Moon<br>Senior United States District Judge |

Bryan Lee Poff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 23, 2018, the court directed plaintiff to submit within 20 days from the date of the Order an amended complaint, which must be a new pleading that stands by itself without reference to a complaint, attachments, or amendments already filed. Plaintiff's filings to date will not be considered by the court and should not be referenced by plaintiff in the proposed complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __20th____ day of June, 2018.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE